**Electronically Filed
Supreme Court
SCWC-12-0000074
19-DEC-2013
01:22 PM**

SCWC-12-0000074

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

TERRY J. DAVIS, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000074; CRIM. NO. 1DTC-11-032838)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellee's Application for Writ of Certiorari filed on November 5, 2013, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai‘i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai‘i, December 19, 2013.

| | |
|---|---|
| John M. Tonaki and Taryn R. Tomasa, for petitioner | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Keith Kaneshiro and Brian R. Vincent, for respondent | /s/ Simeon R. Acoba, Jr. |
| | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |

